Frederic R Fletcher SBN 238038
Fletcher Law Offices
417 2nd Street, Ste 204
Eureka, CA 95501
(707) 502-2642
fletcher@lawca.us
Attorneys for Defendants Richard Sim Bullock II and R&R Development, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS LEWIS,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD SIM BULLOCK II, R&R DEVELOPMENT, LLC, AND DOES 1-10, INCLUSIVE.<br><br>        Defendant | Case No.<br><br>**NOTICE OF REMOVAL BASED OF DIVERSITY OF CITIZENSHIP 28 U.S.C. § 1332** |

**TO THE CLERK OF THE COURT**

    **Please Take Notice**, pursuant to 28 U.S.C. § 1332 (Diversity of citizenship jurisdiction) the following Defendants, Richard Sim Bullock II, a citizen of Louisiana, and R&R Development, LLC an entity whose sole member is a citizen of Louisiana (hereinafter collectively referred to as " Defendants"), who have been served with a copy of the Summons and Complaint in this matter on May 21, 2018, file and serve this Notice of Removal of this action from the Superior Court of California County of Trinity, State of California, to the United States District Court for the District of Eastern California.

**1)      The United States District Court, Pursuant to Diversity Jurisdiction, Has Original Jurisdiction in This Matter**

Defendants request this matter to be removed on the grounds that complete diversity of citizenship exist between the Plaintiff, Dallas Lewis (hereinafter referred to as "Plaintiff") and each and every Defendant.  Jurisdiction in this Court is proper pursuant to 28. U.S.C. § 1332(a), which states:  "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

The Complaint attached as Exhibit "1" to the Declaration of Frederic Fletcher alleges at page 3 line 11 that "Richard Sim Bullock, II, is an individual residing at Covington, Louisiana. Exhibit "C" to the Complaint establishes Defendant Richard Sim Bullock II is the sole member of D&R Development, LLC.  Defendant Bullock is a permanent resident of Louisiana and both Defendants are citizens of the State of Louisiana. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens."); *Marseilles Hydro Power, LLC v. Marseilles Land & Water Co.*, 299 F.3d 643, 652 (7th Cir. 2002) ("the relevant citizenship [of an LLC] for diversity purposes is that of the members, not of the company"); *Handelsman v. Bedford Vill. Assocs., Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000) ("a limited liability company has the citizenship of its membership"); *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998); *TPS Utilicom Servs., Inc. v. AT&T Corp.*, 223 F. Supp. 2d 1089, 1101 (C.D. Cal. 2002) ("A limited liability company … is treated like a partnership for the purpose of establishing citizenship under diversity jurisdiction.").

Plaintiff prays for relief in his complaint in an amount of at least $118,250.

**2) Corporate Disclosure Statement**

Defendant Richard Bullock is the sole member of D&R Development, LLC.

DATED: 6-8-18                          FLETCHER LAW OFFICES


By: /s/ Frederic Fletcher
    Attorney for Defendants Richard Sim Bullock II and
    R&R Development, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2018, I caused the foregoing to be filed with the United States District Court for the Eastern District of California, , via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties registered.

On the same date, I also mailed a copy of the foregoing to:

Anakalia Sullivan
Law Offices of Anakalia Sullivan
390 N, Forbes Street
Lakeport, A 95453

Attention Civil Filing Clerk
Superior Court of California, Trinity County
11 Court Street
Weaverville, CA 96093

/s/ Frederic Fletcher.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "A"

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>—Anakalia Sullivan (State Bar No. 282608)<br>Law Offices of Anakalia Sullivan<br>390 N. Forbes Street<br>Lakeport, CA 95453<br>TELEPHONE NO.: (707) 413-3136     FAX NO.: (707) 413-3280<br>ATTORNEY FOR *(Name)*:   Dallas Lewis | **FOR COURT USE ONLY** |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  TRINITY
STREET ADDRESS: 11 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Weaverville, CA  96093
BRANCH NAME:

**FILED**

MAY 1 0 2018

CLERK OF THE SUPERIOR COURT
COUNTY OF TRINITY
BY: MARLENA DUREE, DEPUTY CLERK

CASE NAME:
DALLAS LEWIS v. RICHARD SIM BULLOCK, et al.

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| ✓ Unlimited  ☐ Limited<br>(Amount         (Amount<br>demanded      demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | *18CV029*<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Construction defect (10) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ✓ Other real property (26) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ✓ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) |  |
| ☐ Other employment (15) | ☐ Other judicial review (39) |  |

2. This case ☐ is  ✓ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
   factors requiring exceptional judicial management:
   a. ☐   Large number of separately represented parties        d. ☐   Large number of witnesses
   b. ☐   Extensive motion practice raising difficult or novel   e. ☐   Coordination with related actions pending in one or more courts
           issues that will be time-consuming to resolve               in other counties, states, or countries, or in a federal court
   c. ☐   Substantial amount of documentary evidence            f. ☐   Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ✓ monetary   b. ✓ nonmonetary; declaratory or injunctive relief   c. ✓ punitive
4. Number of causes of action *(specify)*:
5. This case ☐ is  ✓ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: May 7, 2018

Anakalia Sullivan
_____
(TYPE OR PRINT NAME)

▶  *andrea Sullivan*
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result
  in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all**
  other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
RICHARD SIM BULLOCK, II, an individual; D&R Development,
LLC, a California Limited Liability Company; DOES 1 through 10,
inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DALLAS LEWIS



FILED

MAY 10 2018

CLERK OF THE SUPERIOR COURT
COUNTY OF TRINITY
BY: MARLENA DUREE, DEPUTY CLERK

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Trinity<br>11 Court Street<br>Weaverville, CA  96903 | CASE NUMBER:<br>*(Número del Caso):*<br>18CV029 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Anakalia Sullivan, 390 N. Forbes Street, Lakeport, CA  95453
Telephone:  (707) 413-3136

| | | | |
|---|---|---|---|
| DATE: 5/10/18<br>*(Fecha)* | | Clerk, by  S. Duree<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)

             ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

1 | Anakalia Sullivan (State Bar No. 282608)
2 | LAW OFFICES OF ANAKALIA SULLIVAN
  | 390 N. Forbes Street
3 | Lakeport, California 95453
  | Telephone: (707) 413-3136
4 | Facsimile: (707) 413-3280
  | Attorneys for Plaintiff, Dallas Lewis

**FILED**

MAY 1 0 2018

CLERK OF THE SUPERIOR COURT
COUNTY OF TRINITY
BY: MARLENA DUREE, DEPUTY CLERK

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF TRINITY (UNLIMITED JURISDICTION)

| | |
|---|---|
| DALLAS LEWIS, | Case No. _/8CV029_ |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | **(1) FRAUDULENT MISREPRESENTATION; (2) PROMISSORY FRAUD; (3) BREACH OF FIDUCIARY DUTY; AND (4) QUIET TITLE** |
| RICHARD SIM BULLOCK, II, an individual; D&R Development, LLC, a California Limited Liability Company; DOES 1 through 10, inclusive, | |
| | **CASE MANAGEMENT CONFERENCE** |
| Defendants. | Hearing Date: _11/20/18_ |
| | Time: _10:00 am_ |
| | Department: _/_ |
| | *A Case Management Statement must be submitted at least 15 days before the hearing.* |

I.

## INTRODUCTION

1. On December 20, 2015, D&R Development, LLC (hereinafter "D&R"), filed Articles of Organization of a Limited Liability Company with the State of California, Secretary of State File No. 201535710097. A true and correct copy of the Articles of Organization is attached hereto as **Exhibit A**. The purpose of the formation of the limited liability company was to acquire, improve and develop real property and to exploit agricultural business opportunities in connection therewith. The members of D&R Development, LLC set forth on the Statement of Information filed on January 7, 2016 for D&R are as follows: Richard Sim Bullock, II; Dallas

1

1   Edward Lewis, Jr.; and Ana Magdalena Bullock. A true and correct copy of this Statement of

2   Information is attached as **Exhibit B**.

3       2. In March, 2016, Dallas Lewis (hereinafter, "Lewis") paid $38,250 to Richard Bullock

4   (hereinafter, "Bullock") in his capacity as a member of D&R Development, LLC (hereinafter,

5   "D&R") to be used as a down payment to enable Bullock to purchase a 9.7 acre parcel of property

6   located at 500 Upriver Road, Ruth, California, APN 020-460-0900 (hereinafter, the "Property").

7   Bullock and Lewis would share ownership of the Property, each having a 50% interest therein.

8   The legal description of the Property is:

9           PARCEL 1, AS SHOWN ON THE PARCEL MAP FOR SHERRY L.
            BROWN, IN SECTION 31, TOWNSHIP 2 SOUTH, RANGE 8 EAST,
10          M.D.B & M., FILED FOR RECORD IN THE OFFICE OF THE
            COURTY RECORDER OF TRINITY COUNTY, CALIFORNIA ON
11          NOVEMBER 17, 1981, IN BOOK 14 OF MAPS AND SURVEYS
            PAGE 70.
12
            TOGETHER WITH A RIGHT OF WAY OVER THE EXISTING ROAD
13          LEADING FROM THE DEEP HOLLOW ROAD TO THE ABOVE
            DESCRIBED LAND, AND WHICH RIGHT OF WAY IS TO BE
14          NON-EXCLUSIVE.

15      3. In April of 2016, Bullock did in fact use the sum of $38,250 obtained from Lewis to

16  purchase the Property. The Grant Deed recorded with the Trinity County Clerk/Recorder on

17  April 22, 2016 granted title to "Richard Sim Bullock, II, a married man as his sole and separate

18  property." Lewis was to be added by Bullock to the title to the Property at a later date. A true and

19  correct copy of this Grant Deed recorded on April 22, 2016 is attached as **Exhibit C**. However,

20  as of the date of filing of this Complaint, Bullock has not caused Lewis to be added to the title to

21  the Property.

22      4. On December 26, 2017, without the knowledge, acquiescence or approval of Lewis,

23  Bullock caused a Statement of Information to be filed with the Secretary of State of California

24  which listed Richard Sim Bullock, II, as the sole member and owner of D&R Development, LLC,

25  excluding altogether Dallas Lewis as a member and/or owner of D&R Development, LLC. A

26  true and correct copy of this Statement of Information is attached as **Exhibit D**.

27

28                                                                                          2

1    5. In addition to the $38,250 put forward by Lewis toward the down payment for purchase

2    of the Property, Lewis invested funds in the approximate sum of $80,000 to develop and improve

3    the Property in accordance with the purpose for the formation of D&R to acquire, improve and

4    develop real property and to exploit agricultural business opportunities in connection therewith.

5    The exact amount of the expenditures by Lewis for such development and improvement to the

6    Property will be established by proof during the discovery process and at the time of trial.

7                                            **II.**

8                          **THE PARTIES AND JURISDICTION**

9    6. Plaintiff Dallas Lewis is an individual residing in the City of Auburn, County of Placer,

10   State of California.

11   7. Defendant Richard Sim Bullock, II, is an individual residing in Covington, Louisiana.

12   8. Defendant D&R Development, LLC is a California limited liability company in good

13   standing with its principal place of business being in Ruth, Trinity County, California.

14   9. The property implicated in this action is located at 500 Upriver Road, Ruth, Trinity

15   County, California, within the jurisdiction of Trinity County Superior Court. The street address

16   of D&R Development, LLC is listed as 500 Upriver Road, Ruth, California, within the

17   jurisdiction of Trinity County Superior Court.

18   10. Plaintiff is ignorant of the true names and capacities of defendants sued herein as

19   Does 1 through 10, inclusive, and therefore sues said defendants by such fictitious names.

20   Plaintiff will amend this complaint to add their true names and capacities when the same are

21   ascertained.

22                                           **III.**

23                               **CAUSES OF ACTION**

24                              **First Cause of Action**

25   **(Fraudulent Misrepresentation – Against Defendant Richard Sim Bullock, II)**

26   11. Plaintiff incorporates every allegation contained in the preceding paragraphs as though

27   set forth fully herein.

28                                                                              3

12. On or about March 16, 2016, Richard Bullock sent Lewis an email detailing the need for $38,250 toward a down payment for purchase of the Property and details concerning financing for the Property. Attached hereto as **Exhibit E** is a true and correct copy of that email.

13. Bullock represented to Lewis that in return for Lewis providing $38,250 toward the down payment for the Property: (i) Lewis and Bullock would share in the equity of the Property and in the company; (ii) Lewis would participate in D&R as a limited liability company; (iii) Lewis would be made an officer in D&R; (iv) Lewis would share in the ownership of the Property in a 50/50 ratio with Bullock; and (v) Lewis would be added to the title of the Property.

14. The representations by Bullock set forth in paragraphs 12 and 13 were false. Bullock knew that the representations were false when he made them, or Bullock made the representations recklessly and without regard for their truth. Bullock intended that Lewis rely on the representations.

15. Lewis was justified in his reliance on the representations of Bullock set forth in paragraphs 12 and 13 because of the nature of the email from Richard Bullock dated on or about March 16, 2016 (**Exhibit E**) and the participation of both parties in D&R Development, LLC, a limited liability company whose stated purpose was property acquisition and agricultural land development.

16. On December 26, 2017, Bullock caused Lewis to be omitted as a member and owner of D&R in a Statement of Information filed with the California Secretary of State (**Exhibit D**), thereby depriving Lewis of (i) any equity in the company; (ii) any equity in the Property; (iii) the sum of $38,250 paid by Lewis toward the down payment for purchase of the Property; and (iv) the amount of approximately $80,000 Lewis paid to develop and improve the Property.

17. As of the date of filing this Complaint, Bullock has not caused Lewis to be added to the title of the Property. As a result, Lewis has lost any equity to which he is rightfully entitled.

18. As a direct result of the false representations and conduct of Bullock described in paragraphs 12 through 17 hereinabove, Lewis has suffered damages by being deprived of (i) any equity in the company; (ii) any equity in the Property; (iii) the sum of $38,250 paid by Lewis

4

toward the down payment for purchase of the Property; and (iv) the amount of approximately

$80,000 Lewis paid to develop and improve the Property. The exact amount of damages for

expenditures by Lewis for development and improvement to the Property will be established by

proof during the discovery process and at the time of trial.

19. The false representations and conduct by Bullock set forth in paragraphs 12 through

17 hereinabove are tortious, oppressive, fraudulent and malicious and constitute despicable

conduct in conscious disregard of the rights of Lewis. Therefore, Lewis is entitled to an award of

exemplary or punitive damages pursuant to Code of Civil Procedure § 3294 to deter defendant

Richard Bullock and others from engaging in such conduct.

## Second Cause of Action

## (Promissory Fraud – Against Defendant Richard Sim Bullock, II)

20. Plaintiff incorporates every allegation contained in the preceding paragraphs as though

set forth fully herein.

21. On or about March 16, 2016, Richard Bullock sent Lewis an email detailing the need

for $38,250 toward a down payment with regard to purchase of the Property and details

concerning financing for the Property (**Exhibit E**).

22. Bullock promised to Lewis that in return for Lewis providing $38,250 toward the

down payment for the Property: (i) Lewis and Bullock would share in the equity of the Property

and in the company; (ii) Lewis would participate in D&R as a limited liability company;

(iii) Lewis would be made an officer in D&R; (iv) Lewis would share in the ownership of the

Property in a 50/50 ratio with Bullock; and (v) Lewis would be added to the title of the Property.

23. At the time the promises set forth in paragraphs 21 and 22 were made by Bullock to

Lewis, Bullock had no intention of performing such promises. Such promises were made to

deceive Lewis and to induce him to provide $38,250 toward the down payment for the Property.

24. Lewis as promisee reasonably relied upon the promises of Bullock set forth in

paragraphs 21 and 22 because of their joint participation in D&R Development, LLC, a limited

5

1  liability company whose stated purpose was property acquisition and agricultural land
2  development.

3      25. Bullock has not performed any of the promises set forth in paragraphs 21 and 22
4  hereinabove. Rather, on December 26, 2017, Bullock caused Lewis to be omitted as a member
5  and owner of D&R in a Statement of Information filed with the California Secretary of State
6  (**Exhibit D**). As of the date of filing this Complaint, Bullock has not caused Lewis to be added to
7  the title of the Property. Lewis avers, upon information and belief, that Bullock has made no
8  effort to add him to the title of the Property.

9      26. As a direct result of the nonperformance and conduct of Bullock described in
10  paragraphs 21, 22 and 25 hereinabove, Lewis has suffered damages by being deprived of (i) any
11  equity in the company; (ii) any equity in the Property; (iii) the sum of $38,250 paid by Lewis
12  toward the down payment for purchase of the Property; and (iv) the amount of approximately
13  $80,000 Lewis paid to develop and improve the Property. The exact amount of damages for
14  expenditures by Lewis for development and improvement to the Property will be established by
15  proof during the discovery process and at the time of trial.

16      27. The nonperformance and conduct of Bullock set forth in paragraphs 21, 22 and 25
17  hereinabove is tortious, oppressive, fraudulent and malicious and constitutes despicable conduct
18  in conscious disregard of the rights of Lewis. Therefore, Lewis is entitled to an award of
19  exemplary or punitive damages pursuant to Code of Civil Procedure § 3294 to deter defendant
20  Richard Bullock and others from engaging in such conduct.

21                          **Third Cause of Action**

22      **(Breach of Fiduciary Duty – Against Defendant Richard Sim Bullock, II)**

23      28. Plaintiff incorporates every allegation contained in the preceding paragraphs as though
24  set forth fully herein.

25      29. As a member of D&R Development, LLC, Bullock owed a duty (i) of loyalty to the
26  other members of D&R; (ii) to put the success of and benefits to D&R above any personal or

27

28                                                                                  6

COMPLAINT

1  individual advantage; (iii) to act honestly in any dealings with D&R; and (iv) to avoid any

2  conflict of interest between the interests of D&R and his own personal gain.

3         30. Nevertheless, contrary to the fiduciary duty owed by Bullock to D&R and the

4  partnership members:

5         (i) Bullock purchased the Property using the sum of $38,250 obtained from Lewis toward

6  a down payment and caused title to the Property to be recorded with the Trinity County

7  Clerk/Recorder on April 22, 2016 granting title to "Richard Sim Bullock, II, a married man as his

8  sole and separate property" to the exclusion of D&R and Lewis (**Exhibit C**);

9         (ii) Bullock did not subsequent to April 22, 2016 cause Lewis to be added to the title to

10  the Property; and

11        (iii) On December 26, 2017, without the knowledge, acquiescence or approval of Lewis,

12  Bullock caused a Statement of Information to be filed with the Secretary of State of California

13  which listed Richard Sim Bullock, II, as the sole member and owner of D&R Development, LLC,

14  excluding altogether Dallas Lewis as a member and/or owner of D&R Development, LLC

15  (**Exhibit D**).

16        31. As a direct result of the breach of fiduciary duty and misconduct by Bullock set forth

17  in paragraph 30 above, Lewis was damaged by being deprived of (i) any equity in the company;

18  (ii) any equity in the Property; (iii) the sum of $38,250 paid by Lewis toward the down payment

19  for purchase of the Property; and (iv) the amount of approximately $80,000 Lewis paid to

20  develop a improve the Property. The exact amount of damages for expenditures by Lewis for

21  development and improvement to the Property will be established by proof during the discovery

22  process and at the time of trial.

23        32. The breach of fiduciary duty and misconduct by Bullock set forth in paragraph30

24  hereinabove was intentional. Therefore, Lewis is entitled to an award of exemplary or punitive

25  damages pursuant to Code of Civil Procedure §§ 3294 and 3333 to deter defendant Richard

26  Bullock and others from engaging in such conduct.

27

28
                                                                                              7

1    **Fourth Cause of Action**

2    **(Quiet Title – Against Defendant Richard Sim Bullock, II)**

3    33. Plaintiff incorporates every allegation contained in the preceding paragraphs as though

4    set forth fully herein.

5    34. In March, 2016, Dallas Lewis paid $38,250 to Bullock in his capacity as a member of

6    D&R Development, LLC, to be used as a down payment to enable Bullock to purchase the

7    Property. Bullock did purchase the Property on April 22, 2016 and caused title to the Property to

8    be recorded with the Trinity County Clerk/Recorder to "Richard Sim Bullock, II, a married man

9    as his sole and separate property" to the exclusion of Lewis (**Exhibit D**). Bullock has not

10   subsequently caused Lewis to be added to the title of the Property.

11   35. Lewis alleges that he rightfully possesses a 50% ownership interest in the Property.

12   Lewis, therefore, seeks from this Court:

13   (i) A declaration and determination that Lewis is rightfully entitled to a 50% ownership

14   interest in the Property; and

15   (ii) An order compelling defendant Bullock to add Lewis to the title for the Property.

16   **IV.**

17   **PRAYER FOR RELIEF**

18   WHEREFORE, Lewis prays this Court to grant him the following relief:

19   1. With respect to the First Cause of Action for fraudulent misrepresentation:

20   (i) The sum of $38,250 paid by Lewis toward the down payment for purchase of the

21   Property;

22   (ii) The approximate sum of $80,000 paid by Lewis to develop and improve the Property,

23   the exact amount of which will be established according to proof through the discovery process

24   and at the time of trial; and

25   (iii) Exemplary or punitive damages pursuant to Code of Civil Procedure § 3294 in an

26   amount to be determined by the Court.

27   2. With respect to the Second Cause of Action for promissory fraud:

28

8

1      (i) The sum of $38,250 paid by Lewis toward the down payment for purchase of the

2  Property;

3      (ii) The approximate sum of $80,000 paid by Lewis to develop and improve the Property,

4  the exact amount of which will be established according to proof through the discovery process

5  and at the time of trial; and

6      (iii) Exemplary or punitive damages pursuant to Code of Civil Procedure § 3294 in an

7  amount to be determined by the Court.

8      3. With respect to the Third Cause of Action for breach of fiduciary duty:

9      (i) The sum of $38,250 paid by Lewis toward the down payment for purchase of the

10  Property;

11      (ii) The approximate sum of $80,000 paid by Lewis to develop and improve the Property,

12  the exact amount of which will be established according to proof through the discovery process

13  and at the time of trial; and

14      (iii) Exemplary or punitive damages pursuant to Code of Civil Procedure §§ 3294 and

15  3333 in an amount to be determined by the Court.

16      4. With respect to the Fourth Cause of Action for quiet title:

17      (i) A declaration and determination that Lewis is rightfully entitled to a 50% ownership

18  interest in the Property; and

19      (ii) An order compelling defendant Bullock to add Lewis to the title to the Property;

20      5. With respect to each cause of action, an award of attorney's fees and costs;

21      6. For such other and further relief as the Court deems just in the circumstances.

22  Date: May 5, 2018                        LAW OFFICES OF ANAKALIA SULLIVAN

23

24                              by:    andrea Sullivan

25                                    Anakalia Sullivan
                                     Counsel for Plaintiff, Dallas Lewis
26

27

28                                                                            9

                                        COMPLAINT

# Exhibit A

| **LLC-1** | **Articles of Organization**<br>**of a Limited Liability Company (LLC)** | **201535710097** |
|---|---|---|

To form a limited liability company in California, you can fill out this form,
and submit for filing along with:

- A $70 filing fee.

- A separate, non-refundable $15 service fee also must be included,
  if you **drop off** the completed form.

*Important!* LLCs in California may have to pay a minimum $800 yearly
tax to the California Franchise Tax Board. For more information, go to
https://www.ftb.ca.gov.

LLCs may not provide "professional services," as defined by California
Corporations Code sections 13401(a) and 13401.3.

Note: *Before submitting the completed form,* you should consult with a
private attorney for advice about your specific business needs.

**FILED** 
**Secretary of State**
**State of California**

**DEC 2 0 2015**

*IPL*

This Space For Office Use Only

---

**For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.**

**LLC Name** (List the proposed LLC name exactly as it is to appear on the records of the California Secretary of State.)

①    D&R Development, LLC    ➕

   *Proposed LLC Name*

The name must include: LLC, L.L.C., Limited Liability Company, Limited Liability Co., Ltd. Liability Co. or Ltd. Liability Company; and may **not** include: bank, trust, trustee, incorporated, inc., corporation, or corp.. Insurer, or Insurance company. For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**Purpose**

② The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability
company may be organized under the California Revised Uniform Limited Liability Company Act.

**LLC Addresses**

③   a.   859 Foresthill Ave.         Auburn         CA   95603

      *Initial Street Address of Designated Office in CA - Do not list a P.O. Box*    *City (no abbreviations)*    *State*   *Zip*

   b.

      *Initial Mailing Address of LLC, if different from 3a*      *City (no abbreviations)*    *State*   *Zip*

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept
service of process in case your LLC is sued. You may list any adult who lives in California. You may **not** list an LLC as the agent. **Do not**
list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

④   a.   LegalZoom.com, Inc.

      *Agent's Name*

   b.                                                   CA

      *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*    *City (no abbreviations)*    *State*   *Zip*

**Management** (Check only one.)

⑤   The LLC will be managed by:

     ☐ One Manager      ☐ More Than One Manager      ☑ All Limited Liability Company Member(s)

This form must be signed by each organizer. If you need more space, attach extra pages that are 1-sided and on standard letter-sized
paper (8 1/2" x 11"). All attachments are made part of these articles of organization.

▶                         By: Cheyenne Moseley, Assistant Secretary, LegalZoom.com, Inc.

*Organizer - Sign here*             *Print your name here*

---

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944228<br>Sacramento, CA 94244-2280 | Secretary of State<br>1500 11th Street., 3rd Floor<br>Sacramento, CA 95814 |

# Attachment to

# Articles of Organization of

# D&R Development, LLC

⑥ The future file date shall be December 20, 2015

**201535710097**

# Exhibit B



# State of California
## Secretary of State

*8*

## STATEMENT OF INFORMATION
### (Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

*bl*

**FILED**
Secretary of State
State of California

**JAN 0 7 2016**

1.  LIMITED LIABILITY COMPANY NAME

D&R Development, LLC

*21/20/ PC*
This Space For Filing Use Only

| File Number and State or Place of Organization | |
|---|---|
| 2. SECRETARY OF STATE FILE NUMBER<br>201535710097 | 9. STATE OR PLACE OF ORGANIZATION (If formed outside of California)<br>CA |

**No Change Statement**

4.  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no Statement of Information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL OFFICE<br>859 Foresthill Ave. | | Auburn | CA | 95603 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | CITY | STATE | ZIP CODE |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE<br>859 Foresthill Ave. | | CITY<br>Auburn | STATE<br>CA | ZIP CODE<br>95603 |

**Name and Complete Address of the Chief Executive Officer, if Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 9. NAME<br>Richard Sim Bullock II | 859 Foresthill Ave. | Auburn | CA | 95603 |
| 10. NAME<br>Dallas Edward Lewis, Jr. | 859 Foresthill Ave. | Auburn | CA | 95603 |
| 11. NAME<br>Ana Magdalena Bullock | 859 Foresthill Ave. | Auburn | CA | 95603 |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and item 13 must be left blank.

| 12. NAME OF AGENT FOR SERVICE OF PROCESS<br>Legalzoom.com, Inc. | (C2967349) | | | |
|---|---|---|---|---|
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | | CITY | STATE<br>CA | ZIP CODE |

**Type of Business**

| 14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY |
|---|
| Farming and selling timber |

| 15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT. | | | |
|---|---|---|---|
| 12/31/2015 | Cheyenne Moseley | Authorized Representative | |
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

LLC-12 (REV 01/2014)

APPROVED BY SECRETARY OF STATE

# Exhibit C

Doc # 201601660
Page 1 of 2
Date: 4/22/2016  12:48P
Filed by: GENERAL PUBLIC MAIL
Filed & Recorded in Official Records
of TRINITY COUNTY, CA
SHARRA S WHITE
COUNTY CLERK-RECORDER
Fee: $171.00

**RECORDING REQUESTED BY**
First American Title Company

**MAIL TAX STATEMENT**
**AND WHEN RECORDED MAIL DOCUMENT TO:**
Richard Sim Bullock, II
309 Rue Street Emilion
Covington, LA 70433

Space Above This Line for Recorder's Use Only

A.P.N.: 020-460-0900                                                    File No.: 4505-5116981 (DJ)

## GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $154.00; CITY TRANSFER TAX $;
SURVEY MONUMENT FEE $

[ X ]   computed on the consideration or full value of property conveyed, OR

[   ]   computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,

[ X ]   unincorporated area; [ ] City of , and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **Anthony Montana and Delores Montana, husband and wife**

hereby GRANTS to **Richard Sim Bullock, II, a married man as his sole and separate property**

the following described property in the unincorporated area of , County of **Trinity**, State of **California**:

**PARCEL 1, AS SHOWN ON THE PARCEL MAP FOR SHERRY L. BROWN, IN SECTION 31, TOWNSHIP 2 SOUTH, RANGE 8 EAST, M.D.B & M., FILED FOR RECORD IN THE OFFICE OF THE COUNTY RECORDER OF TRINITY COUNTY, CALIFORNIA ON NOVEMBER 17, 1981, IN BOOK 14 OF MAPS AND SURVEYS PAGE 70.**

**TOGETHER WITH A RIGHT OF WAY OVER THE EXISTING ROAD LEADING FROM THE DEEP HOLLOW ROAD TO THE ABOVE DESCRIBED LAND, AND WHICH RIGHT OF WAY IS TO BE NON-EXCLUSIVE.**

Mail Tax Statements To: **SAME AS ABOVE**

# Exhibit D

| **Secretary of State**<br>**Statement of Information**<br>(Limited Liability Company) | **LLC-12** | 17-B87749 |
| --- | --- | --- |

**FILED**

In the office of the Secretary of State
of the State of California

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee ~ $20.00**

**DEC 26, 2017**

**Copy Fees — First page $1.00; each attachment page $0.50;**
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

D&R DEVELOPMENT, LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
| --- | --- |
| 201535710097 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | | State | Zip Code |
| --- | --- | --- | --- | --- |
| a. Street Address of Principal Office - Do not list a P.O. Box<br>500 upriver rd. | ruth | | CA | 95552 |
| b. Mailing Address of LLC, if different than Item 4a<br>309 rue st emilion | covington | | LA | 70433 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>500 upriver rd. | ruth | | CA | 95552 |

**5. Manager(s) or Member(s)**   If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
| --- | --- | --- | --- |
| richard | sim | bullock | II |
| b. Entity Name - Do not complete Item 5a | | | |
| | | | |

| c. Address | City (no abbreviations) | | State | Zip Code |
| --- | --- | --- | --- | --- |
| 309 rue st emilion | covington | | LA | 70433 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
| --- | --- | --- | --- |
| richard | sim | bullock | II |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State | Zip Code |
| --- | --- | --- | --- | --- |
| 500 upriver rd | ruth | | CA | 95552 |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) -- Do not complete Item 6a or 6b |
| --- |
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
| --- |
| land development |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
| --- | --- | --- | --- |
| | | | |

| b. Address | City (no abbreviations) | | State | Zip Code |
| --- | --- | --- | --- | --- |
| | | | | |

**9. The information contained herein, including any attachments, is true and correct.**

| 12/26/2017 | richard bullock II | Owner | |
| --- | --- | --- | --- |
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:       ⌐                                              ¬

Company:

Address:

City/State/Zip:   ⌊                                        ⌋

# Exhibit E

----- Forwarded Message -----
From: "richard bullock" <atanbullock@gmail.com>
To: "dallaslewis82@yahoo.com" <dallaslewis82@yahoo.com>
Sent: Wed, Mar 16, 2016 at 2:38 PM
Subject: Re: No owner carry
I spoke with the loan specialist.
its 50% 70,000
+ loan origination fee 4900
escrow : which we have already paid
+ surveyor 1600 (half up front)
Total=76,500
half = 38,250

Its interest only roughly 700 a month and at the end of the year there is a balloon payment of $20,000
then the cycle starts again interest on the remainder 500 an month untill the next year then $20,000
300 a month and so on.

I asked my dad for 10 to 15k so if i get it ill be able to put half and still have some money to buy shit with.

Let me know what you think

On Wed, Mar 16, 2016 at 9:11 AM, Dallas Lewis <dallaslewis82@yahoo.com> wrote:
We'll make it work. We have plenty of people backing us we just have to come up with more money. I know you don't want to ask you
pop for money but he offered you 75k so he shouldn't have a problem with 15. Debt sucks I get it but everyone will be payed back before
this September. This has to work and it really will I have faith and I hope you have faith in the business because we will no doubt be
successful. Also I talked to my friend that takes all the produce and he already wants it all! He's just waiting on me to bring it over.

From: richard bullock <atanbullock@gmail.com>;
To: Dallas Lewis <dallaslewis82@yahoo.com>;
Subject: Re: No owner carry
Sent: Wed, Mar 16, 2016 3:03:09 AM

Im gonna hit the lender he recommended and see about getting together another 15k (I got it, just wont have much of anything left). But
it looks like we dont have any other options. I talked to a couple of people about surveyors and they said its expensive. A guy I know paid
2200 for someone to survey a couple acres.

On Tue, Mar 15, 2016 at 6:01 PM, Dallas Lewis <dallaslewis82@yahoo.com> wrote:
The seller won't owner carry and the realtor said he sent you info on other lenders. We're going to have to put down the 50% I guess.
I'm prepared to put down the cash. Just let me know what you're thoughts are soon.